IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES F. LYNCH | : | 07-431 |

**O R D E R**

**AND NOW**, this 25th day of September, 2009, upon consideration of defendant James F. Lynch's letter/request for remission or reduction of his fine dated September 4, 2009 (Document No. 40, filed September 8, 2009), and the Government's Response, for the reasons stated in the Memorandum dated September 25, 2009, **IT IS ORDERED** that defendant's letter/request dated September 4, 2009, for remission or reduction of his fine is **DENIED** on the ground that the Court is without jurisdiction to modify or amend the Judgment dated January 17, 2008, by which the fine was imposed.

BY THE COURT:

/s/ Jan E. DuBois, J.

JAN E. DUBOIS, J.