

Case 2:07-cr-00431-JD   Document 47   Filed 12/20/10   Page 1 of 12

10  7338                                             Page 3

AE-AO 243 (Rev. 10/09)

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | EASTERN DISTRICT OF PENNSYLVANIA |
|---|---|---|
| Name (under which you were convicted): James F. Lynch | | Docket or Case No.: 07-CR-431-1 |
| Place of Confinement: Probation, EDPA | | Prisoner No.: |
| UNITED STATES OF AMERICA        United States | V. | Movant (include name under which convicted) Lynch |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: _____
   Eastern District of Pennsylvania, U.S. District Court

   (b) Criminal docket or case number (if you know): 07-CR-431-1

2. (a) Date of the judgment of conviction (if you know): 1/17/08
   (b) Date of sentencing: 1/17/08

3. Length of sentence: 3 years probation, with 9 months home confinement and electronic monitoring. $25,000 fine.

4. Nature of crime (all counts): _____
   18 U.S.C. § 371, conspiracy to commit honest services fraud

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to? n/a

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

PAE-AO 243 (Rev. 10/09)

Page 4

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒ (statements at plea colloquy and sentencing allocution only)

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒

9. If you did appeal, answer the following:
   (a) Name of court: __n/a__
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
       If "Yes," answer the following:
       (1) Docket or case number (if you know): _____
       (2) Result: _____
       (3) Date of result (if you know): _____
       (4) Citation to the case (if you know): _____
       (5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☒   No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: __U.S. District Court for EDPA__
        (2) Docket or case number (if you know): __07-CR-431-1__

PAE-AO 243 (Rev. 10/09)  Page 5

    (3) Date of filing (if you know):   9/4/09
    (4) Nature of the proceeding:   requesting reduction of fine
    (5) Grounds raised:   inability to pay

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐     No ☒
    (7) Result:   denied
    (8) Date of result (if you know):   9/25/09

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court:   n/a
    (2) Docket of case number (if you know):
    (3) Date of filing (if you know):
    (4) Nature of the proceeding:
    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐     No ☐
    (7) Result:
    (8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:   Yes ☐   No ☒
    (2) Second petition:   Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
    judge said had no power to grant reduction

PAE-AO 243 (Rev. 10/09)                                                                                             Page 6

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** _the conduct to which I pled guilty is no longer criminal_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_I pled guilty to failing to disclose a conflict of interest which the Supreme Court said in Skilling v. United States is not a crime._

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☐
  (2) If you did not raise this issue in your direct appeal, explain why: _n/a_

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☒
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available): _____

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐     No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐     No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

**GROUND TWO:** ineffective assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
If the Court holds that the Information properly charged a bribery theory of honest services fruad then I am entitled to relief because trial counsel was ineffective for negotiating and/or agreeing to that language.

(b) **Direct Appeal of Ground Two:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐     No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: __n/a__

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☒
    (2) If you answer to Question (c)(1) is "Yes," state:
    Type of motion or petition: _____
    Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☐
    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☐
    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☐
    (6) If your answer to Question (c)(4) is "Yes," state:
    Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

PAE-AO 243 (Rev. 10/09)                                                                                           Page 9

**GROUND THREE:** _actual innocence_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

If the Court holds that the Information properly charged a bribery theory of honest services fraud then I am entitled to relief because I am actually innocent of bribery.

(b) **Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☐
  (2) If you did not raise this issue in your direct appeal, explain why:
      n/a

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☒
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available): _____

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐    No ☐
  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐    No ☐
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐    No ☐

PAE-AO 243 (Rev. 10/09)                                                                                     Page 10

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

**GROUND FOUR:** entitlement to writ of coram nobis

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
My probation ends on January 17, 2011. Once I am no longer in custody and § 2255 does not apply, the Court should issue a writ of coram nobis under 28 U.S.C. § 1651(a) because my conviction of conduct that is no longer a crime is a fundamental error; my conviction is invalid, I continue to suffer consequences as a result (loss of City pension, among other consequences), and no alternate remedy is available.

(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☐
  (2) If you did not raise this issue in your direct appeal, explain why:
      n/a

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☒

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    I have not previously presented these grounds in any federal court, because they arise out of a June 2010 Supreme Court decision.

PAE-AO 243 (Rev. 10/09)                                                                                    Page 12

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐    No ☒

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

   _____
   _____
   _____
   _____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At the preliminary hearing:       n/a

   (b) At the arraignment and plea:      Frank DeSimone, Esq.

   (c) At the trial:      n/a

   (d) At sentencing:
            Frank DeSimone, Esq.

   (e) On appeal:      n/a

   (f) In any post-conviction proceeding:    n/a

   (g) On appeal from any ruling against you in a post-conviction proceeding:   n/a

16. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☒

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   _____

   (b) Give the date the other sentence was imposed: _____
   (c) Give the length of the other sentence: _____
   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☐

PAE-AO 243 (Rev. 10/09)                                                                                      Page 13

17. **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

    Under 28 U.S.C. § 2255(f)(3), because this Motion arises out of Skilling v. United States, ___ U.S. ___, 130 S. Ct. 2896 (June 24, 2010).

---

\* 28 U.S.C. § 2255(f), provides that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

PAE-AO 243 (Rev. 10/09)                                                                                        Page 14

Therefore, movant asks that the Court grant the following relief: __Vacate judgment.__
__Movant also requests appointment of counsel under the__
__Criminal Justice Act.__
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____.
(month, date, year)

Executed (signed) on ____12/16/10____ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____
_____
_____